PROB 22
(Rev. 01/24)

DOCKET NUMBER *(Tran. Court)*
2:20CR00087

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00081-GMN-EJY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Fanon Jashua Polk<br>5499 Consal Avenue<br>Las Vegas, Nevada 89142 | Southern Ohio | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Michael H. Watson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/10/2025 — TO 3/9/2025 |

**OFFENSE**

Count 1: Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(l), (b)(1)(A)(viii), 846 and 18 U.S.C. §§ 3553(f)(1)-(5), a Class A felony

Count 7: Money Laundering Conspiracy, in violation of Title 18 U.S.C. § 1956(h), a Class C felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
prosocial ties, employment/education opportunities

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _Southern_ DISTRICT OF _Ohio_

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _District of Nevada_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 2, 2025
*Date*

/s/ Michael H. Watson
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _Nevada_

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 4, 2025
*Effective Date*

/s/
*United States District Judge*

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Fanon Jashua Polk

Case No.: **2:25-cr-00081-GMN-EJY**

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

April 2, 2025

TO: U.S. District Judge:

On November 30, 2022, Fanon Jashua Polk was sentenced in the Southern District of Ohio by the Honorable Michael H. Watson to 87 months custody followed by three (3) years of supervised release for committing the offense of Conspiracy to Possess with Intent to Distribute Methamphetamine and Money Laundering Conspiracy in Southern District of Ohio Docket No.2:20-CR-00087. On January 29, 2024, Mr. Polk's previously imposed sentence of imprisonment was reduced to sixty-nine (69) months.

On June 17, 2024, the Honorable Michael H. Watson modified Polk's special conditions to include warrantless search.

On March 10, 2025, Polk commenced supervised release in the District of Nevada. His supervision is scheduled to expire on March 9, 2028.

On April 1, 2025, the undersigned officer requested the transfer of jurisdiction for Polk from the Southern District of Ohio as well as the special conditions for outpatient substance abuse and mental health treatment be held in abeyance. As a condition of supervision, Polk was ordered to attend outpatient substance abuse and mental health treatment. While in custody, Polk successfully completed Residential Drug Abuse Program (RDAP) and transitional aftercare outpatient counseling services at the Community Treatment Services mental health treatment program on March 10, 2025, while in the halfway house. Polk recently successfully completed vocational training for plumbing, has been employed fulltime and all of his drug tests have been negative for illicit substances.

On April 2, 2025, the Honorable Michael H. Watson of the Southern District of Ohio initiated the transfer of jurisdiction.

The Judicial Conference recommends transfer of jurisdiction for persons under supervision in violation of the conditions of supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of Polk's case. The Honorable Michael H. Watson has agreed to relinquish

ADDENDUM TO PETITION (Probation Form 12)
RE: Fanon Jashua Polk

jurisdiction as evident by his signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

Respectfully submitted,

Digitally signed by
Nickie Pipilakis
Date: 2025.04.02
14:00:10 -07'00'

Nickie Pipilakis
United States Probation Officer

Approved:

Digitally signed by
Steve Goldner
Date: 2025.04.02
13:57:31 -07'00'

Steve M Goldner
Supervisory United States Probation Officer